# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

VICTOR COVINGTON

NO. 2019 KW 1175

**OCT 1 8 2019**

---

In Re:   Victor Covington, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 97-CR-1253.

---

**BEFORE:   GUIDRY, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** This court has consistently held that habeas corpus is not available to contest the validity of the conviction or to have the sentence set aside. Rather, such claims are considered requests for postconviction relief. See **Scott v. Louisiana Department of Public Safety and Corrections,** 2018-1705 (La. App. 1st Cir. 6/3/19), __ So.3d __, 2019 WL 2334919.

**JMG**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_Renée Reed_

DEPUTY CLERK OF COURT
FOR THE COURT